■ In the Matter of EDWARD H. HELLER, a Disbarred Attorney.—Matter is referred to the Departmental Disciplinary Committee for the First Judicial Department for a hearing, as indicated. Concur—Murphy, P. J., Sullivan, Milonas, Ellerin and Ross, JJ.

■ In the Matter of TOMAS L. RYAN, Admitted as TOMAS LUIS DE HEREDIA RYAN, an Attorney.—Petition granted to the extent it seeks an order confirming the Hearing Panel's report and imposing the recommended sanction of public censure, and respondent is censured. No opinion. Concur—Carro, J. P., Ellerin, Wallach, Asch and Rubin, JJ.